No. 4904.—PUEBLO, apldo. *v.* CANO, aplte.—C. D. Ponce. ▉ Febrero 20, 1933.

'Celebrada hoy la vista de la moción de desestimación por falta de alegato y oídas las partes, el tribunal, en uso de su discreción, admite el alegato radicado hoy por el apelante y declara sin lugar la moción de desestimación.